# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXIS BIOSCIENCE, LLC and CELGENE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>HBT LABS, INC.,<br><br>Defendant. | Civil Action No. 2:18-cv-17304-JMV-MF<br><br><br><br>Filed Electronically |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Axis Bioscience, LLC and Celgene Corporation ("Plaintiffs"), by and through counsel Saul Ewing Arnstein & Lehr LLP, and Defendant HBT Labs, Inc. ("Defendant"), by and through counsel Fox Rothschild LLP, subject to the approval of the Court, that the time within which Defendant may answer, move or otherwise respond to Plaintiffs' Complaint [ECF No. 1] is extended thirty (30) days through and including February 8, 2019, and it is represented that:

1. Defendant was properly served with a copy of the Summons and Complaint on December 19, 2018 [ECF No. 3];

2. The time within which Defendant may answer, move or otherwise reply to the Complaint pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i) was originally set to expire on January 9, 2019;

2

3. The parties hereby stipulate and agree, through their respective counsel and subject to the approval of the Court, that the time within which Defendant, may answer, move, or otherwise reply to Plaintiffs' Complaint [ECF No. 1] is extended 30 days through February 8, 2019.

Dated:  January 8, 2019

SAUL EWING ARNSTEIN & LEHR LLP        FOX ROTHSCHILD LLP

*s/ Charles M. Lizza*                                            *s/ Karen A. Confoy*
Charles M. Lizza                                                 Karen A. Confoy
William C. Baton                                                 Allison L. Hollows
SAUL EWING ARNSTEIN & LEHR LLP        FOX ROTHSCHILD LLP
One Riverfront Plaza, Suite 1520                    997 Lenox Drive
Newark, NJ 07102-5426                                    Lawrenceville, NJ 08648
Phone: (973) 286-6700                                      Phone: (609) 896-3600

*Attorneys for Plaintiffs*                                  *Attorneys for Defendant HBT Labs, Inc.*
*Abraxis BioScience, LLC and*
*Celgene Corporation*

## **ORDER**

The above stipulation is ORDERED GRANTED. The time within which Defendant HBT Labs, Inc. shall answer, move, or otherwise reply to the Complaint is extended by 30 days, through and including February 8, 2019.

IT IS SO ORDERED this ____ day of _____, 2019.

_____
The Honorable Mark Falk
United States Magistrate Judge