Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey  07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Abraxis BioScience, LLC and*
*Celgene Corporation*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABRAXIS BIOSCIENCE, LLC and CELGENE CORPORATION,<br><br>　　　　　　　Plaintiffs,<br>　　　v.<br><br>HBT LABS, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 18-17304 (JMV)(MF)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**(Filed Electronically)** |

　　　PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Abraxis BioScience, LLC and Celgene Corporation, by and through their undersigned attorneys, hereby dismiss the above-captioned matter without prejudice and without costs.  No answer or motion for summary judgment has been filed.

Dated:  February 5, 2019

*Of Counsel*:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Daniel Wiesner
Catherine T. Mattes
Ross Misskelley
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

Anthony M. Insogna
Steven J. Corr
Christopher J. Harnett
Cary Miller, Ph.D.
JONES DAY
4655 Executive Dr. Ste. 1500
San Diego, CA  92121
(858) 314-1200

By: s/ Charles M. Lizza
    Charles M. Lizza
    William C. Baton
    SAUL EWING ARNSETIN & LEHR LLP
    One Riverfront Plaza, Suite 1520
    Newark, New Jersey  07102-5426
    (973) 286-6700
    clizza@saul.com

    *Attorneys for Plaintiffs*
    *Abraxis BioScience, LLC and*
    *Celgene Corporation*